

| | | | |
|---|---|---|---|
| Com. v. Williams | 2127 EDA 2015<br>Affirmed | 02/10/2017 | CP–51–CR–0003698–2015<br>(Philadelphia) |
| Com. v. Williams | 2266 EDA 2015<br>Affirmed | 02/10/2017 | CP–51–CR–0003979–2015<br>(Philadelphia) |
| Com. v. Brown | 3193 EDA 2015<br>Affirmed | 02/10/2017 | CP–51–CR–0014684–2012<br>(Philadelphia) |
| Com. v. Wayne | 204 EDA 2016<br>Affirmed | 02/10/2017 | CP–51–CR–0007157–2012<br>CP–51–CR–0007158–2012<br>(Philadelphia) |
| Com. v. Brooks | 263 EDA 2016<br>Affirmed | 02/10/2017 | CP–51–CR–0001996–2009<br>(Philadelphia) |
| Com. v. Smith | 815 EDA 2016<br>Affirmed | 02/10/2017 | CP–51–CR–0003531–2009<br>(Philadelphia) |
| Com. v. Arroyo–O'Neill | 1090 EDA 2016<br>Affirmed and<br>Vacated | 02/10/2017 | CP–52–CR–0000415–2014<br>(Pike) |
| Com. v. Arroyo–O'Neill | 1161 EDA 2016<br>Affirmed and<br>Vacated | 02/10/2017 | CP–52–CR–0000415–2014<br>(Pike) |
| Com. v. Washington | 1292 EDA 2016<br>Vacated and<br>Remanded | 02/10/2017 | CP–39–CR–0005339–2011<br>(Lehigh) |
| Com. v. Brennan | 1490 EDA 2016<br>Affirmed | 02/10/2017 | CP–09–CR–0003262–2015<br>(Bucks) |
| In the Interest of: T.C. | 1785 EDA 2016<br>Affirmed | 02/10/2017 | CP–15–DP–0000019–2015<br>FID: 15–FN–000010–2015<br>(Chester) |
| Com. v. Grier | 2147 EDA 2016<br>Affirmed<br>Application to<br>Withdraw as<br>Counsel<br>Granted | 02/10/2017 | CP–23–CR–0000909–2014<br>(Delaware) |
| Com. v. Kravitz | 2484 EDA 2016<br>Affirmed<br>Application to<br>Withdraw as<br>Counsel<br>Granted | 02/10/2017 | CP–23–CR–0006757–2014<br>(Delaware) |
| Com. v. Brooks | 972 MDA 2016<br>Remanded<br>Jurisdiction<br>Retained | 02/10/2017 | CP–22–CR–0003977–2014<br>(Dauphin) |